# United States District Court

for

## District of New Jersey

## Petition for Warrant for Offender Under Supervision

Name of Offender: Alterique Robinson                                          Cr.: 01-00034-01

Name of Sentencing Judicial Officer: Honorable John W. Bissell, Chief U.S. District Judge

Date of Original Sentence: 09/07/01

Original Offense: Unlawful Possession of a Firearm by a Convicted Felon

Original Sentence: 37 months imprisonment, followed by 3 years supervised release.

Type of Supervision: Supervised release                    Date Supervision Commenced: 10/01/03

Assistant U.S. Attorney: Phil Kwon                         Defense Attorney: Stacy Biancomano, Assistant Federal Public Defender

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** On March 31, 2006, Robinson was arrested by the Newark Police Department and charged with Possession of Cocaine, Possession of Cocaine with Intent to Distribute, and Possession of Cocaine with Intent to Distribute within 1000 feet of a School. On that date police observed the offender walking from an area known for drug distribution near the Newton Street School. Robinson discarded a clear plastic bag, containing 10 vials of cocaine, to the ground. |
| 2. | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** On May 31, 2006, Robinson was arrested by the Newark Police Department and charged with Possession of Cocaine, Possession of Cocaine with Intent to Distribute, Possession of Cocaine within 500 feet of Public Housing, and Resisting Arrest. On that date police observed the offender in an area near a public housing complex, which had received recent complaints about drug dealing. Robinson ran from the police and tossed a clear plastic bag, containing 42 vials of cocaine, to the ground. As police attempted to apprehend him, the offender flailed his arms and kicked his feet, leading to the assistance of another officer during the arrest. |

3.     The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' Robinson did not report to the U.S. Probation Office as directed on April 19 and June 23, 2006. He did not submit a complete written report for March and May 2006 within the first five days of each succeeding month or at anytime thereafter.

4.     The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' On May 31, 2006, Robinson was arrested by Newark Police and charged with various drug offenses and Resisting Arrest. On that date, Newark Police gave the offender the opportunity to make a phone call, and he refused. Robinson did not notify the U.S. Probation Office within 72 hours of being arrested.

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
Senior U.S. Probation Officer

Date: 06/26/06

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] Other

Signature of Judicial Officer

6/26/06
Date

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**ERIC K. SNYDER**
**MATTHEW F. MILLER**
**THOMAS C. MILLER**

June 25, 2006

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

W/JM

Honorable John W. Bissell - Designate
Martin Luther King Courthouse
50 Walnut Street
Newark, New Jersey 07102

**RE: ROBINSON, Alterique**
**Supervised Releasee**
**Docket #: 01-00034-01**
**VIOLATION OF SUPERVISED RELEASE**
**/ REQUEST FOR A WARRANT**

Dear Judge - Designate:

On September 7, 2001, the Honorable John W. Bissell sentenced the above-named offender on a charge of Possession of a Firearm by a Convicted Felon to 37 months imprisonment, followed a three (3) year term of supervised release. On October 1, 2003, Robinson was released by the Bureau of Prisons, and he commenced his period of supervision. This matter was assigned to Your Honor due to Judge Bissell's resignation.

We allege that the offender has violated certain conditions of supervised release. We request the issuance of a warrant for the arrest of Alterique Robinson. He poses a threat to the community and he poses a risk of flight.

On March 31, 2006, Robinson was arrested by the Newark Police, and he was charged with Possession of Cocaine, Possession of Cocaine with Intent to Distribute, and Possession of Cocaine within 1000 feet of a School. On that date police observed the offender in an area known for narcotics distribution. He attempted to leave the premises and discarded 10 vials of cocaine.

On May 31, 2006, Robinson was arrested by the Newark Police. He was charged with Possession of Cocaine, Possession of Cocaine with Intent to Distribute, Possession of Cocaine within 500 feet of Public Housing, and Resisting Arrest. On that date police observed the offender in an area which had received recent complaints about drug dealing. Robinson ran from the police and discarded 42 vials of cocaine to the ground. As police tried to apprehend him, the offender flailed his arms and kicked his feet, leading to the assistance of another officer during the arrest.

We charge that Robinson has failed to comply with other conditions of supervised release. After he was arrested on May 31, 2006, the offender did not immediately notify his probation officer. He has also failed to submit monthly supervision reports and failed to report to Probation on April 19 and June 23, 2006.

Robinson is an associate of the Bloods street gang, whose extensive criminal history includes convictions for Possession of a Controlled Dangerous Substance and Eluding. He also has 13 prior arrests, eight of which were drug-related. The record reflects that the offender previously violated state parole as well as state probation.

Robinson was generally compliant on supervision until his last employment with White Rose Food ended in February 2006. His conduct has worsened, and his recent arrests indicate that the offender has returned to his position as a street-level narcotics distributor. He is not controlling his conduct, and he has resumed this illegal lifestyle at this time.

We respectfully request that Your Honor review and sign the attached Probation Form 12C (Violation of Supervised Release petition). In addition, we ask the Court to issue a warrant for the arrest of Alterique Robinson so that he may face these charges. The offender poses a threat in the community, and he is at risk to flee from the authorities.

If Your Honor has any questions, the undersigned officer may be contacted directly at 973/645-4590. We are available to discuss this matter further at the Court's convenience.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

Thomas J. Stone
Senior U.S. Probation Officer /
Intensive Supervision Specialist

Attachment.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. 01-34-01 WJM |
| -vs- | : | |
| ALTERIQUE ROBINSON | : | **W A R R A N T** |
| | : | **F O R** |
| | | **A R R E S T** |

TO: THE UNITED STATES MARSHAL
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest defendant, **ALTERIQUE ROBINSON** and bring him forthwith to the nearest magistrate to answer a(n) Violation of Supervised Release charging him with failure to:

1. Commit another federal, state, or local crime.

    On March 31, 2006, Defendant was arrested by the Newark Police Department and charged with Possession Of Cocaine, etc.,

2. Commit another federal, state, or local crime.

    On May 31, 2006, Defendant was arrested by the Newark Police Department and charged with Possession Of Cocaine, etc.

_____
HON. WILLIAM J. MARTINI, U.S.D.J.

_____
Signature of Issuing Officer
Deputy Clerk, Gail A. Hansen

June 26, 2006, Newark, NJ
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____
Date Received:
Date of Arrest:

Name and Title of Arresting Officer:

_____
Signature of Arresting Officer:

_____